# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Katherine Klimek,<br>　　　Plaintiff | Docket 3:18-cv-01023-RDM |
| v. | (JUDGE ROBERT D. MARIANI) |
| Synchrony Bank,<br>　　　Defendant | FILED ELECTRONICALLY |

## **ORDER**

This action is hereby dismissed with prejudice and without cost to either party.

Date: 6/17/19

Robert D. Mariani
United States District Judge